# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| LISA WONG | CASE NO. 2:17-cv-05978-SVW-E |
|---|---|
| Plaintiffs, | |
| vs. | **ORDER TO SHOW CAUSE WHY THE COURT SHOULD NOT SANCTION DEFENDANT'S COUNSEL** |
| BOSCHAL LEE, | |
| Defendant. | |

The Court has further reviewed the complaint filed by Defendant three years ago in state court. The complaint itself makes no mention of any federal question at all and the parties in this case are not diverse. The original complaint is the only document which the Court considers in determining whether a case has been properly removed. The Court orders Defendant's Counsel William Stocker to show cause why he should not be sanctioned for a frivolous filing to remove the instant case from state court. Defendant's Counsel has 14 days to comply with this order in writing.

/ / /

/ / /

/ / /

/ / /

1

The Court will hear arguments on sanctions on Monday, October 16, the same day that argument is set for Plaintiff's Motion to Remand.

IT IS SO ORDERED

Date: 9/12/17

_____
HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE